MEMORANDUM OPINION

 

No. 04-11-00220-CV

 

EX PARTE Jesse
RAMIREZ

 

Original Mandamus
Proceeding[1]

 

PER CURIAM

 

Sitting:          Sandee Bryan
Marion, Justice

                     Rebecca
Simmons, Justice

                     Marialyn
Barnard, Justice

                

Delivered and
Filed:  April 13, 2011

 

PETITION FOR WRIT OF HABEAS CORPUS DENIED

 

 On March 22, 2011, relator filed a petition for writ of habeas corpus.  The court has
considered relator’s petition and is of the opinion that relator is not
entitled to the relief sought.  Accordingly, the petition for writ of habeas
corpus is DENIED.  See Tex. R.
App. P. 52.8(a).  

PER CURIAM

 

 

 

 

 

 









[1]
This proceeding arises out of Cause No. 98-CI-12694, styled In the Interest
of J.R. and G.C.R., in the 73rd Judicial District Court, Bexar County,
Texas, the Honorable Renée F. McElhaney presiding.